**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Herman C. Staple II<br>Debtor(s) | CHAPTER 13<br>BKY. NO. 17-24404 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee and index same on the master mailing list.

    Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322


Attorney for Movant/Applicant