# MINUTES OF CHAPTER 13 § 341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Staple II** _____ JAD/TPA/CMB/(GLT)

Case Number: **17-24404**

Date of Meeting: **1/8/18** Recording # **10**

Debtor(s) present **✓** or Not Present ___ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) **Geisler** _____ (Present **✓** or Not Present ___)

Date of Plan at § 341: **11/27/17** Applicable commitment period __ 3 yrs **✓** 5 yrs

Wombodt for Harley-Davidson

Note – Debtor retaining RV (Bighorn) & motorcycle & 2nd piece of real estate – may be unreasonable or unnecessary – but plan is 100%. As long as plan remains 100% okay.

\* [bracket around above note]

____ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD          ____ Order to Show Cause Requested
                                ____ To be rescheduled by Clerk

____ Confirmation Order recommended ____ Final ____ Interim
____ Amended Plan due:_____; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
____ 341 Meeting OR **✓** Conciliation Conf. OR ____ Contested Hearing
On **3/15/18** at **2:30** am/pm Location _____

No payments yet – WA not filed

FILED 2018 JAN 11 P 1:36 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

_____
Chapter 13 Trustee/Attorney for Trustee