# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

### CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

| | |
|---|---|
| Debtor: | HERMAN C. STAPLE |
| Case Number: | 17-24404-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MARCH 15, 2018 02:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*RECEIVED 2018 MAR 16 A 10:43 CLERK U.S. BANKRUPTCY COURT PITTSBURGH*

**_Matter:_**

#18 - Continued Confirmation of Plan Dated 11/27/2017 (N)
#38 - Objection filed by U.S. Bank NA
R / M #:   18 / 0

**_Appearances:_**

Debtor: Geisler
Trustee: Winnecour / Pail / Katz
Creditor: Warm's ret for Harley Davidson + Towdpoint Mortgage

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _5/10/18_ at _2:30 pm_
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ___ ....ested Hearing: _____ at _____.
10. _ ___ other:

WA filed 3/14/18.
Debtors are to have
sent pymnt (per Mr. Geisler).
Crn tt to see if pymnts
get an track.

No payments to
date. Plan arrers
thru 3/18 are $12,000.

3/7/2018   8:32:42AM