IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No.: **17-24404-GLT** |
| **HERMAN C. STAPLE, II,** | : | Judge Gregory L. Taddonio |
| SSN: XXX-XX-9912 | : | |
| *Debtor*, | : | Chapter 13 |
| ===================================== | : | Related to Doc. No. 41 |
| **HERMAN C. STAPLE, II** | : | |
| *Movant*, | : | |
| vs. | : | |
| **INDUSTRIAL TERMINAL SYSTEMS, INC.** | : | |
| | : | |
| *Respondent*, | : | |

### CERTIFICATE OF SERVICE
### OF ORDER TO PAY TRUSTEE DATED 3/15/2018

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the *Order to Pay Trustee dated 3/15/2018 along with the Notification of Debtor's Social Security Number*, upon the following by U.S. First Class Mail, postage prepaid:

INDUSTRIAL TERMINAL SYSTEMS, INC.
Attn: Payroll Manager
P.O. Box 4r127
New Kensington, PA 15068

DATED: 3/16/2018

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net