IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/15/18 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:                                                                :
                                                                      :    Case No.: **17-24404-GLT**
**HERMAN C. STAPLE, II,**                                             :    Judge Gregory L. Taddonio
SSN: XXX-XX-7688                                                      :
          *Debtor*,                                                   :    Chapter 13
═══════════════════════════════════  :    Doc. No.  40
**HERMAN C. STAPLE, II**                                              :
          *Movant*,                                                   :
                  vs.                                                 :
**INDUSTRIAL TERMINAL SYSTEMS, INC.**                                 :
                                                                      :
          *Respondent*,                                               :

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor, HERMAN C. STAPLE, II, having filed a Chapter 13 petition and Debtor, HERMAN C. STAPLE, II, having moved to attach wages to fund the Chapter 13 plan.

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, HERMAN C. STAPLE, II, receives income:

> INDUSTRIAL TERMINAL SYSTEMS, INC.
> Attn: Payroll Manager
> P.O. Box 4127
> New Kensington, PA 15068

shall deduct from said income the sum of $1,384.62 BIWEEKLY beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor, HERMAN C. STAPLE, II, receives a periodic or lump sum payment as a result of a vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, HERMAN C. STAPLE, II, and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR, TRUSTEE
> CHAPTER 13 TRUSTEE, W.D. PA.
> P.O. Box 84051
> Chicago IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor HERMAN C. STAPLE, II's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, HERMAN C. STAPLE, II, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor, HERMAN C. STAPLE, II, in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR, HERMAN C. STAPLE, II, WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

> IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: 3/15/18

cm: Michael Geisler, Esq.

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Herman C. Staple, II  
     Debtor

Case No. 17-24404-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Mar 15, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2018.  
db         +Herman C. Staple, II,    464 Greenridge Rd.,    New Kensington, PA 15068-5811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2018 at the address(es) listed below:
        James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
        James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee bkgroup@kmllawgroup.com  
        Michael S. Geisler    on behalf of Debtor Herman C. Staple, II m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                            TOTAL: 6