Form 205

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | 54 – 51 |
| WESTERN DISTRICT OF PENNSYLVANIA | ctak |

In re:

**Herman C. Staple II**
   Debtor(s)

Bankruptcy Case No.: 17−24404−GLT
Related to Dkt. No. 51
Chapter: 13
Hearing Date: 7/18/18 at 09:30 AM

## Order Setting Hearing On Objection To Plan

   **AND NOW,** this The 26th of June, 2018, **IT IS HEREBY ORDERED** that a nonevidentiary hearing will be held on the objection to plan filed on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Co on 7/18/18 at 09:30 AM in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   **IT IS FURTHER ORDERED** that responses to the objection shall be filed with (i.e. must be received by) the Clerk of the Bankruptcy Court and served on the moving party and its counsel and trustee not later than 7/10/18.

_/s/ Gregory L. Taddonio_
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Herman C. Staple, II
    Debtor

Case No. 17-24404-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: ctak    Page 1 of 1    Date Rcvd: Jun 26, 2018
                      Form ID: 205    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db         +Herman C. Staple, II,   464 Greenridge Rd.,   New Kensington, PA 15068-5811
14735201     +Nationstar Mortgage, LLC dba Mr. Coope,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Nationstar Mortgage LLC D/B/A Champion Mortgage Co
    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor   Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee bkgroup@kmllawgroup.com
        Michael S. Geisler   on behalf of Debtor Herman C. Staple, II m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
    TOTAL: 7