## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**

JUL 18 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                       :     Case No.:    17-24404-GLT
                                             :     Chapter:     13
Herman C. Staple, II                         :
                                             :
                                             :     Date:        7/18/2018
                        *Debtor(s).*         :     Time:        09:30

### PROCEEDING MEMO

**MATTER:**          #51 - Objection to the Plan filed by Nationstar Mortgage
                     #56 - Response filed by the Debtor˙

**APPEARANCES:**

|          |                          |
|----------|--------------------------|
| Debtor:  | Michael S. Geisler       |
| Trustee: | Ronda J. Winnecour       |
| Nationstar: | James Warmbrodt, Esq.  |

**NOTES:**

Warmbrodt: The Debtor's father is deceased, and the note authorizes us to request payment in full.

Geisler: Confirms that the Debtor's father is deceased. No proof of claim was filed--needs more information to see how Nationstar determined the amount owed. The Debtor also has an expensive RV he may be willing to surrender to keep the property.

**OUTCOME:**

1. The Objection to the Plan [Dkt. No. 51] is continued to an evidentiary hearing on October 24, 2018 at 1:30 p.m. with 60 days for discovery and a pretrial conference set for the end of September. (Chambers to prepare.)

**DATED:** 7/18/2018