**Form 222**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Herman C. Staple II**
   Debtor(s)

Bankruptcy Case No.: 17−24404−GLT
Related Dkt. No. 66
Chapter: 13
Docket No.: 68 − 66
Concil. Conf.: November 15, 2018 at 09:00 AM

## ORDER

   **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated 10/9/18* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

   On or before **November 8, 2018,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

   On **November 15, 2018** at **09:00 AM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: October 10, 2018

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Herman C. Staple, II  
      Debtor

Case No. 17-24404-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: hthu     Page 1 of 1     Date Rcvd: Oct 10, 2018  
                        Form ID: 222     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.  
db           +Herman C. Staple, II,    464 Greenridge Rd.,    New Kensington, PA 15068-5811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:

       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage Company bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee bkgroup@kmllawgroup.com  
       Michael S. Geisler    on behalf of Debtor Herman C. Staple, II m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                  TOTAL: 7