Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Herman C. Staple II**
   Debtor(s)

Bankruptcy Case No.: 17–24404–GLT
Related Dkt. No. 66
Chapter: 13
Docket No.: 68 – 66
Concil. Conf.: November 15, 2018 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 17th day of October, 2018, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail Postage Prepaid, unless otherwise indicated

on the respondent(s) at (list names and addresses here):

See attached pages

Executed on   10/17/2018                         /s/ Michael S. Geisler
               (Date)                                           (Signature)

MICHAEL S. GEISLER, ESQUIRE, 201 Penn Center Blvd., Suite 524, Pittsburgh, PA 15235
(Type Name and Mailing Address of Person Who Made Service)

RONDA J. WINNECOUR, TRUSTEE    (BY ELECTRONIC MEANS)
3250 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

OFFICE OF THE U..S. TRUSTEE    (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Allegheny Ludlum FCU
1311 Brackenridge Avenue
P.O. Box 4
Brackenridge, PA 15014

Best Buy
c/o Best Buy Credit Services
P.O. Box 790441
Saint Louis, MO 63179

Capital One Bank
c/o Northland Group, Inc.
P.O. Box 380946
Minneapolis, MN 55439

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH 43054-3025

First Bankcard
P.O. Box 2557
Omaha, NE 68103-2557

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197

Harley-Davidson Credit Corp.
P.O. Box 9013
Addison, TX 75001

Harley-Davidson Credit Corp.
Dept. 15129
Palatine, IL 60055-5129

Harley-Davidson Credit Corp.
PO Box 9013
Addison, Texas 75001

M & T Bank
P.O. Box 900
Millsboro, DE 19966

M & T Bank
P.O. Box 1508
Buffalo, NY 14240

Merrick Bank
c/o Resurgent Capital Services
P.O. Box 10368
Greenville, SC 29603-0368

Merrick Bank
P.O. Box 660702
Dallas, TX 75266-0702

Midland Funding
PO Box 2011
Warren, MI 48090

Nationstar Mortgage, LLC dba Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

One Main Consumer
c/o American Coradius Intl.
35A Rust Lane
Boerne, TX 78006-8202

Onemain
P.O. Box 3251
Evansville, IN 47731-3251

Peoples TWP, LLC
c/o S. James Wallace, Esquire
845 N. Lincoln Avenue
Pittsburgh, PA 15233

Select Portfolio Servicing
P.O. Box 65450
Salt Lake City, UT 84165-0450

Sheetz
c/o First National Bank of Omaha
1620 Dodge Street, Stop Code 3105
Omaha, NE 68197

Sprint
c/o GC Services
P.O. Box 1022
Wixom, MI 48393-1022

Towd Point Mortgage Trust 2015-4,
U.S. Bank N.A.
P.O. Box 65250
Salt Lake City, UT 84165-0250