Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Herman C. Staple II**
  Debtor(s)

Bankruptcy Case No.: 17−24404−GLT
Related to Docket No. 82
Chapter: 13
Docket No.: 83 − 82
Concil. Conf.: August 20, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 10, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **July 31, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **August 20, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 26, 2020

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 17-24404-GLT
Herman C. Staple, II                                                     Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2                  Date Rcvd: May 26, 2020
                              Form ID: 213                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Herman C. Staple, II,    464 Greenridge Rd.,   New Kensington, PA 15068-5811
cr              American Express National Bank,    c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern, PA 19355-0701
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14721777       +Allegheny Ludlum FCU,    1311 Brackenridge Avenue,    P.O. Box 4,   Brackenridge, PA 15014-0004
14721778       +Best Buy,   c/o Best Buy Credit Services,    P.O. Box 790441,   Saint Louis, MO 63179-0441
14735311        Capital One Bank,    c/o Northland Group, Inc.,    P.O. Box 380946,   Minneapolis, MN 55439
14721780        First Bankcard,    P.O. Box 2557,   Omaha, NE 68103-2557
14721782        Harley-Davidson Credit Corp.,    Dept. 15129,   Palatine, IL 60055-5129
14721783       +Harley-Davidson Credit Corp.,    P.O. Box 9013,   Addison, TX 75001-9013
14732653       +Harley-Davidson Credit Corp.,    PO Box 9013,   Addison, Texas 75001-9013
14721785       +M & T Bank,    P.O. Box 1508,   Buffalo, NY 14240-1508
14735201       +Nationstar Mortgage, LLC dba Mr. Coope,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14721788      ++++ONE MAIN CONSUMER,    C/O AMERICAN CORADIUS INTL.,   37 RUST LN,    BOERNE TX 78006-8288
                (address filed with court: One Main Consumer,     c/o American Coradius Intl.,   35A Rust Lane,
                 Boerne, TX 78006-8202)
14721781      ++PERI GARITE,    ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                (address filed with court: First National Bank of Omaha,     1620 Dodge Street, Stop Code 3105,
                 Omaha, NE 68197)
14721789       +Peoples TWP, LLC,    c/o S. James Wallace, Esquire,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14735202       +Sheetz,   c/o First National Bank of Omaha,    1620 Dodge Street, Stop Code 3105,
                 Omaha, NE 68197-0003
14721791        Sprint,   c/o GC Services,    P.O. Box 1022,   Wixom, MI 48393-1022
14807802        Towd Point Mortgage Trust 2015-4, U.S. Bank Nation,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14721779        E-mail/Text: mrdiscen@discover.com May 27 2020 03:50:48      Discover Bank,
                 Discover Products, Inc.,    P.O. Box 3025,   New Albany, OH 43054-3025
14721784        E-mail/Text: camanagement@mtb.com May 27 2020 03:51:02      M & T Bank,    P.O. Box 900,
                 Millsboro, DE 19966
14805490        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 27 2020 03:57:46       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14721787        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 27 2020 03:58:40       Merrick Bank,
                 P.O. Box 660702,    Dallas, TX 75266-0702
14721786        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 27 2020 03:58:42       Merrick Bank,
                 c/o resurgent Capital Services,    P.O. Box 10368,   Greenville, SC 29603-0368
14757381       +E-mail/Text: bankruptcydpt@mcmcg.com May 27 2020 03:51:22      Midland Funding,    PO Box 2011,
                 Warren, MI 48090-2011
14787111        E-mail/PDF: cbp@onemainfinancial.com May 27 2020 03:58:37      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14722251       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 27 2020 08:07:29
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14721790        E-mail/Text: jennifer.chacon@spservicing.com May 27 2020 03:52:04
                 Select Portfolio Servicing,    P.O. Box 65450,   Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Nationstar Mortgage LLC D/B/A Champion Mortgage Co
cr              Towd Point Mortgage Trust 2015-4, U.S. Bank Nation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14727780*     ++PERI GARITE,    ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,   WOODBURY NY 11797-2020
                (address filed with court: First National Bank of Omaha,     1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
                                                                                        TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: May 26, 2020
                              Form ID: 213            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2015-4, U.S. Bank National
           Association as Indenture Trustee bkgroup@kmllawgroup.com
          Michael S. Geisler    on behalf of Debtor Herman C. Staple, II m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```