IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/13/20 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re: : Chapter 13
:
**HERMAN C. STAPLE, II,** : Case No. **17-24404-GLT**
*Debtor,* :
: Related to Doc. Nos. 85
**HERMAN C. STAPLE, II**, :
*Movant,* :
vs : Response Date: 7/10/2020
:
**RONDA J. WINNECOUR, TRUSTEE,** : Objection Date:
*Respondent,* : 7/31/2020
:
: Conciliation Date:
: 8/20/2020 at 9:00 a.m.
:

## ORDER OF COURT

AND NOW, this __13th__ day of __July__, 20__20__, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED,

that the deadline to respond to the Trustee's Certificate of Default is extended until 7/20/2020.

The Objection deadline is extended to 8/13/20. The conciliation will remain as scheduled for August 20, 2020 at 9 a.m.

Dated: 7/13/20

_____
GREGORY L. TADDONIO        J.
UNITED STATES BANKRUPTCY COURT

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-24404-GLT
Herman C. Staple, II                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: culy              Page 1 of 1             Date Rcvd: Jul 13, 2020
                                Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2020.
db             +Herman C. Staple, II,   464 Greenridge Rd.,   New Kensington, PA 15068-5811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
           Company bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2015-4, U.S. Bank National
           Association as Indenture Trustee bkgroup@kmllawgroup.com
          Michael S. Geisler    on behalf of Debtor Herman C. Staple, II m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7