Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Herman C. Staple II**
  Debtor(s)

Bankruptcy Case No.: 17−24404−GLT
Issued Per Aug. 20, 2020 Proceeding
Chapter: 13
Docket No.: 89 − 83, 88
Concil. Conf.: at

### ORDER OF COURT CONFIRMING PLAN AS MODIFIED
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)* *PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated July 20, 2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

- ☑ H. Additional Terms: The secured claim of Harley−Davidson Credit Corp (Claim No. 2) shall govern as to claim amount, to be paid at the modified plan terms with payment to be determined by Trustee.

  The Trustee's Certificate of Default to Dismiss [Dkt. No. 82] is Withdrawn per this confirmation order confirming the amended plan.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: August 21, 2020

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 17-24404-GLT
Herman C. Staple, II                                                Chapter 13
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2           Date Rcvd: Aug 21, 2020
                              Form ID: 149                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db             +Herman C. Staple, II,    464 Greenridge Rd.,    New Kensington, PA 15068-5811
cr              American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
14721777       +Allegheny Ludlum FCU,    1311 Brackenridge Avenue,    P.O. Box 4,    Brackenridge, PA 15014-0004
14721778       +Best Buy,   c/o Best Buy Credit Services,    P.O. Box 790441,    Saint Louis, MO 63179-0441
14735311        Capital One Bank,    c/o Northland Group, Inc.,    P.O. Box 380946,    Minneapolis, MN 55439
14721780        First Bankcard,   P.O. Box 2557,    Omaha, NE 68103-2557
14721782        Harley-Davidson Credit Corp.,    Dept. 15129,    Palatine, IL 60055-5129
14721783       +Harley-Davidson Credit Corp.,    P.O. Box 9013,    Addison, TX 75001-9013
14732653       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14721785       +M & T Bank,   P.O. Box 1508,   Buffalo, NY 14240-1508
14735201       +Nationstar Mortgage, LLC dba Mr. Coope,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14721788      ++++ONE MAIN CONSUMER,    C/O AMERICAN CORADIUS INTL.,   37 RUST LN,    BOERNE TX 78006-8288
               (address filed with court: One Main Consumer,     c/o American Coradius Intl.,    35A Rust Lane,
                 Boerne, TX 78006-8202)
14721781      ++PERI GARITE,    ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,     1620 Dodge Street, Stop Code 3105,
                 Omaha, NE 68197)
14721789       +Peoples TWP, LLC,    c/o S. James Wallace, Esquire,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14735202       +Sheetz,   c/o First National Bank of Omaha,    1620 Dodge Street, Stop Code 3105,
                 Omaha, NE 68197-0003
14721791        Sprint,   c/o GC Services,   P.O. Box 1022,    Wixom, MI 48393-1022
14807802        Towd Point Mortgage Trust 2015-4, U.S. Bank Nation,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14721779        E-mail/Text: mrdiscen@discover.com Aug 22 2020 03:36:13      Discover Bank,
                 Discover Products, Inc.,   P.O. Box 3025,    New Albany, OH 43054-3025
14721784        E-mail/Text: camanagement@mtb.com Aug 22 2020 03:36:16      M & T Bank,    P.O. Box 900,
                 Millsboro, DE 19966
14805490        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 22 2020 03:43:36       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14721787        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 22 2020 03:44:05       Merrick Bank,
                 P.O. Box 660702,   Dallas, TX 75266-0702
14721786        E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 22 2020 03:43:39       Merrick Bank,
                 c/o resurgent Capital Services,    P.O. Box 10368,   Greenville, SC 29603-0368
14757381       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 22 2020 03:36:26      Midland Funding,    PO Box 2011,
                 Warren, MI 48090-2011
14787111        E-mail/PDF: cbp@onemainfinancial.com Aug 22 2020 03:43:08      ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14722251       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 22 2020 03:43:12
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14721790        E-mail/Text: jennifer.chacon@spservicing.com Aug 22 2020 03:36:41
                 Select Portfolio Servicing,    P.O. Box 65450,   Salt Lake City, UT 84165-0450
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Harley-Davidson Credit Corp
cr              Nationstar Mortgage LLC D/B/A Champion Mortgage Co
cr              Towd Point Mortgage Trust 2015-4, U.S. Bank Nation
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14727780*     ++PERI GARITE,   ATTN CARD WORKS,   101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,     1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
                                                                                      TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0315-2           User: jhel                  Page 2 of 2            Date Rcvd: Aug 21, 2020
                               Form ID: 149                Total Noticed: 27
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Towd Point Mortgage Trust 2015-4, U.S. Bank National
               Association as Indenture Trustee bkgroup@kmllawgroup.com
              Michael S. Geisler    on behalf of Debtor Herman C. Staple, II m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                          TOTAL: 7
```