**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
HERMAN C. STAPLE, II

Case No. 17-24404GLT

Debtor(s)

Chapter 13

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

          Movant
  vs.
ALLEGHENY-LUDLUM FCU**

Document No __

Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

> NO ADDITIONAL INFORMATION LEADING TO THE REASON THE LOAN WAS PAID IN FULL EARLIER THAN EXPECTED HAS BEEN PROVIDED. NO RESPONSE HAS BEEN RECEIVED FROM ATTORNEY FOR DEBTOR.

ALLEGHENY-LUDLUM FCU**
1131 BRACKENRIDGE AVE
BRACKENRIDGE, PA 15014

Court claim# /Trustee CID# 5

The Movant further certifies that on 05/05/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
HERMAN C. STAPLE, II, 464 GREENRIDGE RD., NEW KENSINGTON, PA  15068

DEBTOR'S COUNSEL:
MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA 15235

ORIGINAL CREDITOR:
ALLEGHENY-LUDLUM FCU**, 1131 BRACKENRIDGE AVE, BRACKENRIDGE, PA  15014

NEW CREDITOR: