**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HERMAN C. STAPLE, II | Case No. 17-24404GLT |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>HARLEY DAVIDSON CREDIT CORP* | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

NO EXPLANATION FOR THE REFUND WAS PROVIDED.

| | |
|---|---|
| HARLEY DAVIDSON CREDIT CORP*<br>BOX 15129<br>PALATINE, IL 60055-5129 | Court claim# 2/Trustee CID# 6 |

The Movant further certifies that on 11/04/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>   original creditor<br>   putative creditor<br>   counsel for debtor(s)<br>   counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>HERMAN C. STAPLE, II, 464 GREENRIDGE RD., NEW KENSINGTON, PA  15068 | DEBTOR'S COUNSEL:<br>MICHAEL S GEISLER ESQ, 201 PENN CENTER BLVD STE 524, PITTSBURGH, PA  15235 |
| ORIGINAL CREDITOR:<br>HARLEY DAVIDSON CREDIT CORP*, BOX 15129, PALATINE, IL  60055-5129 | :<br>CHAPTER 13 BANKRUPTCY NOTICING, PO BOX 9013, ADDISON, TX  75001 |
| NEW CREDITOR: | |