FILED
2/10/23 4:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Herman C. Staple, II | : | Case No. 17-24404-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| | : | Related to Claim 2 |
| Movant(s) | : | Hearing: |
| vs. | : | |
| Herman C. Staple, II and | : | Related Dkt. No. 99 |
| Harley-Davidson Credit Corp. | : | |
| Respondent(s) | : | |

## ORDER OF COURT

AND NOW, this __10th__ day of ____February____, 2023, upon consideration of the foregoing MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF PAYMENTS TO CREDITOR BASED REFUNDED PAYMENT, and responses thereto, if any, it is hereby ORDERED that Trustee shall terminate further payments to HARLEY-DAVIDSON CREDIT CORP. (POC #2, Trustee's CID 6) on account of the Creditor having refunded a prior payment and in default of any indication that anything further is due the Creditor on account of its secured claim. Trustee shall close her payment record for the Creditor and shall distribute the funds currently on reserve for the Claim (including the refund), or which would have otherwise been paid on account of the Claim under the plan, to general plan funding, including payment of general non-priority unsecured creditors as funds allow. Debtors' counsel shall remain responsible for ensuring the release of the lien and delivery of the title (to the extent necessary) or otherwise in Debtor(s) interest.

Prepared by:  Owen Katz, Esq.

**DEFAULT ENTRY**

Dated:  February 10, 2023

Gregory J. Taddonio    hct
United States Bankruptcy Judge