# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 2/10/2023 |
| Case: 17–24404–GLT | Form ID: pdf900 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr  | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Brian Nicholas     | bnicholas@kmllawgroup.com |
| aty | Michael S. Geisler | m.s.geisler@att.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db    Herman C. Staple, II    464 Greenridge Rd.    New Kensington, PA 15068

TOTAL: 1