IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| HERMAN C, STAPLE II | ) | |
| | ) | |
| | ) | Case No.:17-24404GLT |
| | ) | |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No.: 106 |
| Vs. | ) | |
| | ) | |
| HERMAN C. STAPLE | ) | |
| | ) | |
| Respondent(s) | ) | |

TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT
REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on October 7, 2024 (document no. 106) is hereby WITHDRAWN.

Respectfully submitted,

10-7-2024                         /s/ Ronda J. Winnecour
Date                              Ronda J. Winnecour (PA I.D. #30399)
                                  Attorney and Chapter 13 Trustee
                                  U.S. Steel Tower – Suite 3250
                                  600 Grant Street
                                  Pittsburgh, PA  15219
                                  (412) 471-5566
                                  cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| HERMAN C, STAPLE II | ) | |
| | ) | |
| | ) | Case No.:17-24404GLT |
| | ) | |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No.: 106 |
| Vs. | ) | |
| | ) | |
| HERMAN C. STAPLE | ) | |
| | ) | |
| Respondent(s) | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

SEE NAMES AN ADDRESS LISTED BELOW

HERMAN C STAPLE II
464 GREENRIDGE RD.
NEW KENSINGTON, PA 15068

MICHAEL S GEISLER ESQ
1100 PENN CENTER BLVD #704
PITTSBURGH, PA 15235

| | |
|---|---|
| 10-7-2024 | /S/ Leslie Carilli |
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | cmecf@chapter13trusteewdpa.com |