FILED
10/8/24 12:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| HERMAN C, STAPLE II | ) | |
| | ) | Case No.:17-24404GLT |
| | ) | |
| Debtor(s) | ) | Chapter 13 |
| | ) | |
| | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
| Movant, | ) | Related Document No.: 106 and 107 |
| Vs. | ) | |
| | ) | |
| HERMAN C. STAPLE | ) | |
| | ) | |
| Respondent(s) | ) | |

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on October 7, 2024 (document no. 106) is hereby WITHDRAWN.

Respectfully submitted,

10-7-2024
Date

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

So ORDERED this 8th day of October 2024

_____
GREGORY TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-24404-GLT
Herman C. Staple, II  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: auto   Page 1 of 2
Date Rcvd: Oct 08, 2024   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2024:**

**Recip ID           Recipient Name and Address**
db           + Herman C. Staple, II, 464 Greenridge Rd., New Kensington, PA 15068-5811

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2024         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2024 at the address(es) listed below:

**Name**           **Email Address**

Denise Carlon
              on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company dcarlon@kmllawgroup.com

Denise Carlon
              on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee dcarlon@kmllawgroup.com

Denise Carlon
              on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com

Michael S. Geisler
              on behalf of Debtor Herman C. Staple  II m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michelle L. McGowan
              on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee mimcgowan@raslg.com

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Oct 08, 2024     Form ID: pdf900     Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8