IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/12/24 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: : Case No.: 17-24404-GLT
 : Chapter: 13
Herman C. Staple, II :
 :
 : Date: 12/11/2024
*Debtor(s).* : Time: 10:00

## PROCEEDING MEMO

**MATTER:** #113 Objection to the Notice of Mortgage Payment Change Re: Claim Number 8 filed by the Debtor
  #117 - Response filed by U.S. Bank

  #115 Motion to Dismiss Case filed by the ch.13 trustee
  #118 - Response filed by the Debtor

**APPEARANCES:**
  Debtor:   Michael S. Geisler
  Trustee:   Ronda J. Winnecour
  Towd Point Mortgage Trust:   Christopher Wright

[10:09]
**NOTES:**
Geisler: The notice of payment change is moot now that Debtor is taking over the payment in December. What we have left is about $2,200. My client pays $554 a week which would pay this off in two months.

Winnecour: I need $2,245 to complete the case.

**OUTCOME:**
1. The *Debtor's Objection to Notice of Payment Change of Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee* [Dkt. No. 113] is **DENIED** as withdrawn.[Text order]

2. The hearing on the *Trustee's Motion to Dismiss* [Dkt. No. 115] is **CONTINUED** to January 29, 2025 at 9 am.[Text order]

**DATED:** 12/11/2024