| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Herman C. Staple, II |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : **WESTERN** District of **Pennsylvania** (State) | |
| Case number 17-24404-GLT | |

# Form 4100R
## Response to Notice of Final Cure    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee

Court claim no. (if known): 8-1

Last 4 digits of any number you use to identify the debtor's account: 6362

Property address: 464 GREENRIDGE RD ,
Number    Street

NEW KENSINGTON, PA 15068
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage

Check one:

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    _02_/_01_/_2025_
MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $0.00

b. Less Suspense Balance:    +(b) $0.00

c. Total. Subtract lines a and b.    (c) $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    _____
MM/ DD/ YYYY

*Secured creditor agrees that all payments that have been disbursed by the Trustee pursuant to the plan have been received. Debtor is responsible for the post-plan takeover and is currently due for the 2/1/2025 payment.

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Herman C. Staple, II | | | Case Number (if known) | 17-24404-GLT |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;
[X] all fees, costs, escrow, and expenses assessed to the mortgage; and
[X] all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Christopher Salamone                          Date 02/21/2025
   Signature

Print   Christopher Salamone                         Title Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   13010 Morris Rd, Suite 450
          Number          Street

          Alpharetta, GA 30004
          City          State          ZIP Code

Contact   470-321-7112                              Email  csalamone@raslg.com

---

Form 4100R          **Response to Notice of Final Cure Payment**          page 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
DISTRICT OF PITTSBURGH

IN RE: Herman C. Staple, II,

Debtors.

_____/

CASE NO.: 17-24404-GLT

Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on   February 21, 2025   , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Herman C. Staple, II
464 Greenridge Rd.
New Kensington, PA 15068

And via electronic mail to:

Michael S. Geisler
Michael S. Geisler
1100 Penn Center Blvd.
#704
Pittsburgh, PA 15235

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/  Justine Bennett
Email: Jusbennett@raslg.com

Form 4100R                Response to Notice of Final Cure Payment                page 3