Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Herman C. Staple II** | : | Case No. 17−24404−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 130 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 4/30/25 at 11:00 AM |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

     **AND NOW,** this ***The 26th of February, 2025***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 130 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

     (1)  **On or before April 11, 2025**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***April 30, 2025 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24404-GLT |
| Herman C. Staple, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: 604 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++   Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman C. Staple, II, 464 Greenridge Rd., New Kensington, PA 15068-5811 |
| 14721777 | + | Allegheny Ludlum FCU, 1311 Brackenridge Avenue, P.O. Box 4, Brackenridge, PA 15014-0004 |
| 14735311 | | Capital One Bank, c/o Northland Group, Inc., P.O. Box 380946, Minneapolis, MN 55439 |
| 14721782 | | Harley-Davidson Credit Corp., Dept. 15129, Palatine, IL 60055-5129 |
| 14721788 | ++++ | ONE MAIN CONSUMER, C/O AMERICAN CORADIUS INTL., 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, One Main Consumer, c/o American Coradius Intl., 35A Rust Lane, Boerne, TX 78006-8202 |
| 14721791 | | Sprint, c/o GC Services, P.O. Box 1022, Wixom, MI 48393-1022 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: bncnotices@becket-lee.com | Feb 27 2025 02:54:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2025 00:36:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14721778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 02:21:40 | Best Buy, c/o Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14721779 | | Email/Text: mrdiscen@discover.com | Feb 27 2025 00:36:00 | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14721780 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:37:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14721781 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:37:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14735202 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:37:00 | Sheetz, c/o First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14721783 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 27 2025 00:36:00 | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, TX 75001-9013 |
| 14732653 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 27 2025 00:36:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14721785 | + | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M & T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 14721784 | | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M & T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14805490 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:15:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721787 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14721786 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:29:23 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| | | | Feb 27 2025 01:15:18 | Merrick Bank, c/o resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 14757381 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2025 00:53:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14735201 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2025 00:36:00 | Nationstar Mortgage, LLC dba Mr. Coope, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14787111 | | Email/PDF: cbp@omf.com | Feb 27 2025 01:28:52 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14722251 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 02:01:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721789 | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2025 00:36:00 | Peoples TWP, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14721790 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 27 2025 00:54:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14807802 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 27 2025 00:54:00 | Towd Point Mortgage Trust 2015-4, U.S. Bank Nation, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | Nationstar Mortgage LLC D/B/A Champion Mortgage Co |
| cr | | Towd Point Mortgage Trust 2015-4, U.S. Bank Nation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727780 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: 604 | Total Noticed: 27 |

Denise Carlon
    on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com

Michael S. Geisler
    on behalf of Debtor Herman C. Staple  II m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michelle L. McGowan
    on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8