**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> HERMAN C. STAPLE, II <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:17-24404 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/01/2017 and confirmed on 5/11/18. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 222,264.27 |
| Less Refunds to Debtor | | 2,519.93 | |
| TOTAL AMOUNT OF PLAN FUND | | | 219,744.34 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 2,200.00 | |
|   Trustee Fee | | 10,463.40 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 12,663.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   TOWD POINT MORTGAGE TRUST 2015-4 | 0.00 | 61,995.46 | 0.00 | 61,995.46 |
|     Acct: 6362 | | | | |
|   TOWD POINT MORTGAGE TRUST 2015-4 | 7,030.31 | 7,030.31 | 0.00 | 7,030.31 |
|     Acct: 6362 | | | | |
|   M & T BANK | 0.00 | 48,552.00 | 0.00 | 48,552.00 |
|     Acct: 4630 | | | | |
|   M & T BANK | 5,140.80 | 5,140.80 | 0.00 | 5,140.80 |
|     Acct: 4630 | | | | |
|   ALLEGHENY-LUDLUM FCU** | 27,508.58 | 27,508.58 | 5,741.12 | 33,249.70 |
|     Acct: 6194 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 32,345.09 | 32,345.09 | 6,770.58 | 39,115.67 |
|     Acct: 8674 | | | | |
|   NATIONSTAR MORTGAGE LLC D/B/A MR C | 364.83 | 364.83 | 0.00 | 364.83 |
|     Acct: | | | | |
| | | | | 195,448.77 |
| **Priority** | | | | |
|   MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERMAN C. STAPLE, II | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERMAN C. STAPLE, II | 1,107.70 | 1,107.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HERMAN C. STAPLE, II | 1,412.23 | 1,412.23 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL S GEISLER ESQ | 2,200.00 | 2,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX4GLT | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   MIDLAND FUNDING LLC | 522.11 | 522.11 | 0.00 | 522.11 |
|     Acct: 9235 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 0652 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0106 | | | | |
| | FIRST BANKCARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6591 | | | | |
| | MERRICK BANK | 2,342.38 | 2,342.38 | 0.00 | 2,342.38 |
| | Acct: 3915 | | | | |
| | ONE MAIN FINANCIAL OF PA INC FKA SPR | 4,555.93 | 4,555.93 | 0.00 | 4,555.93 |
| | Acct: 0943 | | | | |
| | PEOPLES GAS LLC F/K/A PEOPLES TWP L | 837.77 | 837.77 | 0.00 | 837.77 |
| | Acct: 3188 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 3,062.98 | 3,062.98 | 0.00 | 3,062.98 |
| | Acct: 6591 | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2538 | | | | |
| | M & T BANK | 1.00 | 1.00 | 0.00 | 1.00 |
| | Acct: 4630 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4917 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | | |
| | | | | | 11,322.17 |

TOTAL PAID TO CREDITORS                                                                207,080.94

TOTAL CLAIMED
PRIORITY            310.00
SECURED          72,389.61
UNSECURED       11,322.17

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
HERMAN C. STAPLE, II

　　　　Debtor(s)

Ronda J. Winnecour
　　　　Movant
　　　vs.
No Repondents.

Case No.:17-24404

Chapter 13

Document No.:

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Herman C. Staple, II  
    Debtor

Case No. 17-24404-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Feb 26, 2025     Form ID: pdf900     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman C. Staple, II, 464 Greenridge Rd., New Kensington, PA 15068-5811 |
| 14721777 | + | Allegheny Ludlum FCU, 1311 Brackenridge Avenue, P.O. Box 4, Brackenridge, PA 15014-0004 |
| 14735311 | | Capital One Bank, c/o Northland Group, Inc., P.O. Box 380946, Minneapolis, MN 55439 |
| 14721782 | | Harley-Davidson Credit Corp., Dept. 15129, Palatine, IL 60055-5129 |
| 14721788 | ++++ | ONE MAIN CONSUMER, C/O AMERICAN CORADIUS INTL., 37 RUST LN, BOERNE TX 78006-8288 address filed with court:, One Main Consumer, c/o American Coradius Intl., 35A Rust Lane, Boerne, TX 78006-8202 |
| 14721791 | | Sprint, c/o GC Services, P.O. Box 1022, Wixom, MI 48393-1022 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: bncnotices@becket-lee.com | Feb 27 2025 01:15:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2025 00:36:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14721778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:28:42 | Best Buy, c/o Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14721779 | | Email/Text: mrdiscen@discover.com | Feb 27 2025 00:36:00 | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14721780 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:37:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14721781 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:37:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14735202 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:37:00 | Sheetz, c/o First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14721783 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 27 2025 00:36:00 | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, TX 75001-9013 |
| 14732653 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 27 2025 00:36:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14721785 | + | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M & T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 14721784 | | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M & T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14805490 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:15:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721787 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 27 2025 01:16:06 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14721786 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:29:10 | Merrick Bank, c/o resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 14757381 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2025 00:53:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14735201 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 27 2025 00:36:00 | Nationstar Mortgage, LLC dba Mr. Coope, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14787111 | | Email/PDF: cbp@omf.com | Feb 27 2025 01:16:24 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14722251 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:40:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721789 | + | Email/Text: ebnpeoples@grblaw.com | Feb 27 2025 00:36:00 | Peoples TWP, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14721790 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 27 2025 00:54:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14807802 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 27 2025 00:54:00 | Towd Point Mortgage Trust 2015-4, U.S. Bank Nation, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | Nationstar Mortgage LLC D/B/A Champion Mortgage Co |
| cr | | Towd Point Mortgage Trust 2015-4, U.S. Bank Nation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727780 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 27 |

Denise Carlon
    on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com

Michael S. Geisler
    on behalf of Debtor Herman C. Staple  II m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michelle L. McGowan
    on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 8