**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Herman C. Staple II <br> First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–7688 <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17-24404-GLT | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Herman C. Staple II

4/18/25

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-24404-GLT
Herman C. Staple, II  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Apr 18, 2025     Form ID: 3180W     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman C. Staple, II, 464 Greenridge Rd., New Kensington, PA 15068-5811 |
| 14721777 | + | Allegheny Ludlum FCU, 1311 Brackenridge Avenue, P.O. Box 4, Brackenridge, PA 15014-0004 |
| 14735311 | | Capital One Bank, c/o Northland Group, Inc., P.O. Box 380946, Minneapolis, MN 55439 |
| 14721782 | | Harley-Davidson Credit Corp., Dept. 15129, Palatine, IL 60055-5129 |
| 14721788 | | One Main Consumer, c/o American Coradius Intl., 35A Rust Lane, Boerne, TX 78006-8202 |
| 14721791 | | Sprint, c/o GC Services, P.O. Box 1022, Wixom, MI 48393-1022 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 19 2025 04:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 19 2025 04:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2025 00:50:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 19 2025 00:36:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14721778 | + | EDI: CITICORP | Apr 19 2025 04:26:00 | Best Buy, c/o Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14721779 | | EDI: DISCOVER | Apr 19 2025 04:26:00 | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14721780 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 19 2025 00:36:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14721781 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 19 2025 00:36:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14735202 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 19 2025 00:36:00 | Sheetz, c/o First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14721783 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 19 2025 00:36:00 | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, TX 75001-9013 |
| 14732653 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 19 2025 00:36:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14721785 | + | Email/Text: camanagement@mtb.com | Apr 19 2025 00:36:00 | M & T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 14721784 | | Email/Text: camanagement@mtb.com | | |

Case 17-24404-GLT  Doc 142  Filed 04/20/25  Entered 04/21/25 00:24:46  Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 19 2025 00:36:00 | M & T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14805490 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 00:50:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721787 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 00:50:28 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14721786 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 00:50:22 | Merrick Bank, c/o resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 14757381 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2025 00:36:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14735201 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2025 00:36:00 | Nationstar Mortgage, LLC dba Mr. Coope, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14787111 | | EDI: AGFINANCE.COM | Apr 19 2025 04:26:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14722251 | + | EDI: PRA.COM | Apr 19 2025 04:26:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721789 | + | Email/Text: ebnpeoples@grblaw.com | Apr 19 2025 00:36:00 | Peoples TWP, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14721790 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2025 00:36:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14807802 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2025 00:36:00 | Towd Point Mortgage Trust 2015-4, U.S. Bank Nation, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | Nationstar Mortgage LLC D/B/A Champion Mortgage Co |
| cr | | Towd Point Mortgage Trust 2015-4, U.S. Bank Nation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727780 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 20, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 18, 2025 | Form ID: 3180W | Total Noticed: 29 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com |
| Michael S. Geisler | on behalf of Debtor Herman C. Staple  II m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com |
| Michelle L. McGowan | on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 8