**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    HERMAN C. STAPLE, II

         Debtor(s)

    Ronda J. Winnecour
         Movant
         vs.
    No Repondents.

FILED
4/18/25 3:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case No.:17-24404

Chapter 13

Related to Docket No. 130

**ORDER OF COURT**

  AND NOW, this ____18th Day of April, 2025_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 17-24404-GLT

Herman C. Staple, II                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                                    Page 1 of 3

Date Rcvd: Apr 18, 2025                   Form ID: pdf900                                     Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Herman C. Staple, II, 464 Greenridge Rd., New Kensington, PA 15068-5811 |
| 14721777 | + | Allegheny Ludlum FCU, 1311 Brackenridge Avenue, P.O. Box 4, Brackenridge, PA 15014-0004 |
| 14735311 | | Capital One Bank, c/o Northland Group, Inc., P.O. Box 380946, Minneapolis, MN 55439 |
| 14721782 | | Harley-Davidson Credit Corp., Dept. 15129, Palatine, IL 60055-5129 |
| 14721788 | | One Main Consumer, c/o American Coradius Intl., 35A Rust Lane, Boerne, TX 78006-8202 |
| 14721791 | | Sprint, c/o GC Services, P.O. Box 1022, Wixom, MI 48393-1022 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: bncnotices@becket-lee.com | Apr 19 2025 00:50:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 19 2025 00:36:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14721778 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2025 00:50:30 | Best Buy, c/o Best Buy Credit Services, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14721779 | | Email/Text: mrdiscen@discover.com | Apr 19 2025 00:36:00 | Discover Bank, Discover Products, Inc., P.O. Box 3025, New Albany, OH 43054-3025 |
| 14721780 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 19 2025 00:36:00 | First Bankcard, P.O. Box 2557, Omaha, NE 68103-2557 |
| 14721781 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 19 2025 00:36:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14735202 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 19 2025 00:36:00 | Sheetz, c/o First National Bank of Omaha, 1620 Dodge Street, Stop Code 3105, Omaha, NE 68197 |
| 14721783 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 19 2025 00:36:00 | Harley-Davidson Credit Corp., P.O. Box 9013, Addison, TX 75001-9013 |
| 14732653 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 19 2025 00:36:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14721785 | + | Email/Text: camanagement@mtb.com | Apr 19 2025 00:36:00 | M & T Bank, P.O. Box 1508, Buffalo, NY 14240-1508 |
| 14721784 | | Email/Text: camanagement@mtb.com | Apr 19 2025 00:36:00 | M & T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 14805490 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 00:50:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14721787 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 00:50:29 | Merrick Bank, P.O. Box 660702, Dallas, TX 75266-0702 |
| 14721786 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2025 00:50:22 | Merrick Bank, c/o resurgent Capital Services, P.O. |

District/off: 0315-2        User: auto        Page 2 of 3

Date Rcvd: Apr 18, 2025        Form ID: pdf900        Total Noticed: 27

| | | | | Box 10368, Greenville, SC 29603-0368 |
|---|---|---|---|---|
| 14757381 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2025 00:36:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14735201 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2025 00:36:00 | Nationstar Mortgage, LLC dba Mr. Coope, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14787111 | | Email/PDF: cbp@omf.com | Apr 19 2025 00:50:23 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14722251 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2025 00:50:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721789 | + | Email/Text: ebnpeoples@grblaw.com | Apr 19 2025 00:36:00 | Peoples TWP, LLC, c/o S. James Wallace, Esquire, 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14721790 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2025 00:36:00 | Select Portfolio Servicing, P.O. Box 65450, Salt Lake City, UT 84165-0450 |
| 14807802 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 19 2025 00:36:00 | Towd Point Mortgage Trust 2015-4, U.S. Bank Nation, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | Nationstar Mortgage LLC D/B/A Champion Mortgage Co |
| cr | | Towd Point Mortgage Trust 2015-4, U.S. Bank Nation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727780 | *P++ | FIRST NATIONAL BANK OF OMAHA, 1620 DODGE ST, STOP CODE 3113, OMAHA NE 68102-1593, address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company dcarlon@kmllawgroup.com |
| Denise Carlon | |
| | on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee dcarlon@kmllawgroup.com |

Denise Carlon
> on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com

Michael S. Geisler
> on behalf of Debtor Herman C. Staple  II m.s.geisler@att.net,
> msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

Michelle L. McGowan
> on behalf of Creditor Towd Point Mortgage Trust 2015-4  U.S. Bank National Association as Indenture Trustee
> mimcgowan@raslg.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
> cmecf@chapter13trusteewdpa.com

S. James Wallace
> on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
> PNGbankruptcy@peoples-gas.com


TOTAL: 8