**Fill in this information to identify the case:**

Debtor 1    Herman C. Staple II

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   17-24404 GLT

Official Form 410S1

# Notice of Mortgage Payment Change                            12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Towd Point Mortgage Trust 2015-4, U.S. Bank National Association as Indenture Trustee

**Court claim no**. (if known):  8

**Last 4 digits** of any number you use to identify the debtor's account: 6362

**Date of payment change:**
Must be at least 21 days after date of this notice                  5/1/2019

**New total payment:**                   **$746.54**
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

☒ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:**  $_____    **New escrow payment:**    $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate:**                    **4.62500**%    **New interest rate:**                    **5.25000**%

**Current principal and interest payment:** $484.53    **New principal and interest payment:**  $511.69

| Part 3: | Other Payment Change |
|---|---|

3.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

**Current mortgage payment:** $_____    **New mortgage payment:** $ _____

Debtor(s)   Herman C. Staple II _____   Case number (*if known*) _ 17-24404 GLT

First Name        Middle Name        Last Name

---

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘/s/ James C. Warmbrodt _____        Date    3/20/2019 _____

Signature

Print:      James C. Warmbrodt  ATT ID: 42524 _____ _       Title   Attorney for Creditor _____
            First Name          Middle Name        Last Name

Company     KML Law Group, P.C. _____

Address     701 _____ Market Street, Suite 5000 _____
            Number          Street
            Philadelphia, _____ PA   19106 _____

            City                           State   ZIP Code

Contact phone   (215) 627–1322              Email  JWarmbrodt@kmllawgroup.com _____

---